UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARNE SVERRE RODLEY,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CASE NO.  C05-1159-MJP<br><br>ORDER FOR SERVICE AND RETURN, 28 U.S.C. § 2255 MOTION |

Petitioner has filed a habeas corpus petition pursuant to 28 U.S.C. § 2255.  It is therefore ORDERED:

(1) The Clerk shall arrange for service by first class mail upon the United States Attorney of copies of the Motion and the attachments thereto, and of this Order.  The Clerk shall also direct a copy of this Order and of the General Order to petitioner.

(2) Within **thirty (30) days** after such service, the United States shall file and serve an Answer in accordance with Rule 5 of the Rules Governing Section 2255 Cases in United States District Courts.  As part of such Answer, the United States should state its position as to whether an evidentiary hearing is necessary and whether there is any issue as to abuse or delay under Rule 9.  The United States shall file the answer with the Clerk of the Court and serve a copy of the answer upon petitioner.

ORDER FOR SERVICE AND
RETURN, 28 U.S.C. § 2255 MOTION
PAGE - 1

(3) The answer will be treated in accordance with Local Rule CR 7.  **Accordingly, on the face of the Answer, the United States shall note it for consideration the fourth Friday after it is filed, and the Clerk shall note the Answer accordingly.**  Petitioner may file and serve a response not later than on the Monday immediately preceding the Friday appointed for consideration of the matter.  The United States may file and serve a reply brief not later than the Friday designated for consideration of the matter.

(4) The Clerk is directed to send a copy of this Order to the Honorable Marsha J. Pechman.

DATED this 12th day of August, 2005.

_____
MONICA J. BENTON
United States Magistrate Judge

ORDER FOR SERVICE AND
RETURN, 28 U.S.C. § 2255 MOTION
PAGE - 2