```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

       FEB 1 3 2006

          AT SEATTLE
     CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARNE SVERRE RODLEY, | )<br>) |
| Petitioner, | ) CASE NO.  C05-1159MJP |
| v. | )           (CR98-41MJP)<br>) |
| UNITED STATES OF AMERICA, | ) ORDER DENYING MOTION |
| Respondent. | ) UNDER 28 U.S.C. § 2255<br>) |

The Court, having reviewed petitioner's § 2255 motion, the Report and Recommendation of Judge Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Dkt. No. 1) is DENIED.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Benton.

DATED this _10_ day of _February_, 2006.

MARSHA J. PECHMAN
United States District Judge

05-CV-01159-ORD

ORDER DENYING § 2255 MOTION